IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LAMKIN WEALTH MANAGEMENT, LLC <br> and <br> LOUISVILLE WEALTH MANAGEMENT, LLC <br><br> Plaintiffs, <br><br> v. <br><br> LPL FINANCIAL LLC <br><br> Defendant; | Case No. 3:24-cv-168-CHB <br><br> [Removal from: Jefferson Circuit Court, Jefferson County, Kentucky, Case No. 24-CI-000543] <br><br> (*Electronically Filed*) |

## NOTICE OF REMOVAL

Defendant, LPL Financial LLC ("Defendant"), through counsel, hereby gives notice of the removal of this civil action from Jefferson Circuit Court, Louisville, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §1441 *et seq*. The grounds for removal are as follows:

1. On January 22, 2024, Plaintiffs Lamkin Wealth Management, LLC and Louisville Wealth Management, LLC ("Plaintiffs") filed a civil action captioned *Lamkin Wealth Management, LLC and Louisville Wealth Management, LLC v. LPL Financial LLC*, Civil Action No. 24-CI-000543 (the "State Court Action"), in Jefferson Circuit Court, Louisville, Kentucky.

2. A Summons and Complaint were served on Defendant on or about February 8, 2024, via the Kentucky Secretary of State's Office, and constitute all papers served on Defendant in the State Court Action. A copy of the Complaint and all process and pleadings in the State Court Action are collectively attached hereto as **Exhibit A.**

23650635.v1

3. This Notice is being filed within thirty days of the service of Complaint on Defendant under 28 U.S.C. §1446(b).

4. The State Court Action was commenced within the geographical boundaries of the United States District Court for the Western District of Kentucky, Louisville Division.

5. The State Court Action is one over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one that may be removed to this Court under the provisions of 28 U.S.C. §1441(b) because Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interests.

6. According to the Complaint, Plaintiffs are limited liability companies existing under the laws of the Commonwealth of Kentucky with their principal places of business located in Louisville, Kentucky. *See* Complaint, ¶ 1 attached hereto as Exhibit A.

7. Defendant is a limited liability company organized under the laws of California. LPL's sole member – LPL Holdings, Inc. – is a corporation incorporated under the law of Massachusetts with its principal place of business in California.

8. The amount in controversy may be determined based upon a "fair reading of [the] complaint." *Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 573 (6th Cir. 2001). Plaintiffs' Complaint includes a variety of common law claims, including allegations of tortious interference Plaintiffs' clients, business expectancies, and contractual relationships. *See* Complaint, ¶¶ 68-109. Plaintiffs seek compensatory damages, punitive damages, attorneys' fees, and costs. *Id*. Based on the nature of the claims alleged and the damages sought, it is "more likely than not" that Plaintiffs seek damages in excess of $75,000. *See Hayes*, 266 F.3d 571-73.

9. Defendant will file a copy of this Notice of Removal with the Clerk of the Jefferson Circuit Court in accordance with 28 U.S.C. §1446(d) and will serve the same upon Plaintiffs' counsel. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B**.

10. In filing this Notice of Removal, Defendant does not waive any defenses available in this action.

11. This Notice of Removal has been verified by Aaron W. Marcus, counsel for Defendant, pursuant to 28 U.S. §1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant hereby gives notice that the above-referenced action now pending against it in the Circuit Court for the Commonwealth of Kentucky, Jefferson County, has been removed therefrom to this Court.

Respectfully submitted,

/s/ Aaron W. Marcus
Janet P. Jakubowicz
Aaron W. Marcus
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street
3500 PNC Tower
Louisville, Kentucky 40202
(502) 589-4200
janet.jakubowicz@dentons.com
aaron.marcus@dentons.com

*COUNSEL FOR DEFENDANT,*
*LPL FINANCIAL LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing will be mailed via U.S. Mail to the following individuals on this ___ day of March, 2024:

>John D. Cox
>Scott D. Spiegel
>Lynch, Cox, Gilman & Goodman, PSC
>500 West Jefferson Street, Suite 2100
>Louisville, Kentucky 40202
>(502) 589-4215
>jcox@lynchcox.com
>sspiegel@lynchcox.com
>
>*COUNSEL FOR PLAINTIFFS*

                                                */s/ Aaron W. Marcus*
                                                *COUNSEL FOR DEFENDANT,*
                                                *LPL FINANCIAL LLC*

23650635.v1